# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse　40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-1455

**Caption [use short title]:** LILLY v. LEWISTON-PORTER CENTRAL SCHOOL

**Motion for:** Enlargement of Time to File Brief by Plaintiff/Appellant

**Set forth below precise, complete statement of relief sought:**
Permit Plaintiff/Appellant to file his brief on or before September 1, 2014

**MOVING PARTY:**
[x] Plaintiff　[ ] Defendant
[x] Appellant/Petitioner　[ ] Appellee/Respondent

**OPPOSING PARTY:** LEWISTON-PORTER CENTRAL SCHOOL DISTRICT AND DAVID SCHAUBERT

**MOVING ATTORNEY:** Richard H. Wyssling
375 Linwood Ave. Buffalo, NY 14209; 716-882-2243
wyssmont@wzrd.com

**OPPOSING ATTORNEY:** Kevin Kearney and Karl Kristoff, Hodgson Russ, 140 Pearl St. Buffalo, NY 14202; KKearney@hodgsonruss.com; 716-856-4000; Michael J. Keane and Todd Bushway; Colucci & Gallagher, 200 Liberty Bldg, 424 Main St Bflo, NY 14202 716-803-6225 mkeane@colucci-gallaher.com

**Court-Judge/Agency appealed from:**

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes [ ] No (explain):

Opposing counsel's position on motion:
[x] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [x] No [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this Court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [x] No If yes, enter date:

**Signature of Moving Attorney:** _[signed]_ **Date:** 8/4/14　**Service by:** [x] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

EDWARD LILLY

      Plaintiff/Appellant,

vs.

                    Case No: 14-1455

LEWISTON-PORTER CENTRAL
SCHOOL DISTRICT and DAVID
SCHAUBERT

      Defendants/Appellees.

---

## NOTICE OF MOTION TO ENLARGE TIME

| | |
|---|---|
| Nature of Action: | Civil Rights (42 U.S.C. §1983, Procedural due process and First Amendment. |
| Moving Party: | Plaintiff/Appellant |
| Directed To: | Defendants/Appellees, Lewiston-Porter Central School District and David Schaubert. |
| Date and Time: | To be determined by the Court. |
| Place: | United States Court of Appeals for the Second Circuit. |
| Supporting Papers: | Affidavit of Richard H. Wyssling, dated August 5, 2014. |
| Answering Papers: | Absent a Court Order, any responding papers shall be served in accordance with Second Circuit rules. |
| Relief Requested: | An order enlarging the filing of a brief with Appendix by Plaintiff/Appellant until September 1, 2014. |
| Grounds for Relief: | Good cause for the requested enlargement exists due to the need to accommodate the scheduling requirements of counsel for Plaintiff/Appellant. |
| Oral Argument: | Not requested. |

Dated: August 5, 2014
      Buffalo, New York

                              <u>s/Richard H. Wyssling</u>
                              Richard H. Wyssling
                              Attorney for Plaintiff/Appellant
                              375 Linwood Avenue
                              Buffalo, NY 14209
                              716-882-2243
                              wyssmont@wzrd.com

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

EDWARD LILLY

    Plaintiff/Appellant,

vs.

                                    Case No: 14-1455

LEWISTON-PORTER CENTRAL
SCHOOL DISTRICT and DAVID
SCHAUBERT

    Defendants/Appellees.

---

## AFFIDAVIT OF RICHARD H. WYSSLING

I, Richard H. Wyssling, under penalty of perjury and pursuant to 28 U.S.C. §1746, declare the following to be true and correct:

1.     I am an attorney for the Plaintiff/Appellant, Edward Lilly, in this action. I am thoroughly familiar with the facts at issue and the procedural history of this action.

2.     I make this Affidavit in support of Plaintiff/Appellant's motion to enlarge the time to submit his brief by three (3) weeks to September 1, 2014.

3.     Under the Scheduling Order, the current Plaintiff/Appellant's brief deadline is set to expire on August 11, 2014.

4.     Good cause for an enlargement of the dispositive motion deadline is warranted due to the fact that I was out of the office for portions of the last two (2) weeks as I was attending to medical issues for my wife, regarding her surgeries.

5.     In addition, I filed a brief with the U.S. Court of Appeals for the Second Circuit for Lilly vs. Town of Lewiston, et al (Case No. 14-1448) on June 30, 2014 and will be filing a second brief for Smith v. Campbell (Case No. 14-1468) on August 8, 2014.

6. I have contacted Defendants/Appellee's counsel, Kevin Kearney and Michael Keane about this extension and they do not object to this extension.

7. For these reasons, Plaintiff/Appellant respectfully requests and extension of the current brief motion deadline to September 1, 2014.

Dated: August 5, 2014
       Buffalo, New York

                              s/Richard H. Wyssling

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

---

EDWARD LILLY

        Plaintiff/Appellant,

vs.                                  Case No. 14-1455

LEWISTON-PORTER CENTRAL
SCHOOL DISTRICT and DAVID
SCHAUBERT

        Defendants/Appellees.

---

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2014, I electronically filed the foregoing Motion Information Statement along with supporting papers with the Clerk of the Court, Court of Appeals, 2nd Circuit using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

                Kevin Kearney, Esq.
                Karl Kristoff, Esq.
                Hodgson Russ
                kkearney@hodgsonruss.com
                kkristof@hodgsonruss.com

                Michael Keane, Esq.
                Colucci-Gallagher
                mkeane@colucci-gallaher.com

                                      s/Madonna Yogerst
                                      Madonna Yogerst