# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of August, two thousand and fourteen.

Before:     Ralph K. Winter,
                    *Circuit Judge*.

_____

Edward Lilly,
    Plaintiff - Appellant,

v.

Lewiston-Porter Central School District, David Schaubert, Louis Palmeri, Robert Laub, James Mezhir,
    Defendants - Cross - Defendants - Appellees.

_____

**ORDER**
Docket No. 14-1455

Appellant moves to extend, through September 1, 2014, the time in which to file a brief and appendix.

IT IS HEREBY ORDERED that, in light of counsel's wife's illness, an extension until August 20, 2014, is granted. However, the appeal is dismissed effective August 20, 2014, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. *See RLI Ins. Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

